## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Frank T. Siciliano

,

Plaintiff(s),

v.

Village of Rosemont ,

Defendant(s).

Case No. 14 C 9942

Judge Rebecca R. Pallmeyer

## **ORDER**

Ruling on motion hearing held on 3/20/2015. Defendants' motion to dismiss [34] is granted. Count III of plaintiff's complaint is dismissed for failure to state a claim. Counts I and II of plaintiff's complaint are remanded to the Circuit Court of Cook County, Illinois. Civil case terminated.

(00:05)

Date: 3/20/2015

/s/ Rebecca R. Pallmeyer
United States District Judge